Pro Se 1 (Rev. 12/16) Complaint for a Civil Case   JUDGE KATHLEEN CARDONE

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

El Paso Division

RECEIVED
DEC 2 0 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Deliris Montanez

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ricardo Samaniego - El Paso County Judge
Jane Nelson - Secretary of the State of Texas

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. EP24CV0455

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Deliris Montanez |
   | Street Address | 6108 Los Siglos Dive |
   | City and County | El Paso, El Paso |
   | State and Zip Code | Texas, 79912 |
   | Telephone Number | (704) 293-4307 |
   | E-mail Address | deemontanez@hotmail.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    Ricardo Samaniego
    Job or Title *(if known)*    El Paso County Judge
    Street Address    500 E. San Antonio Ave. #301
    City and County    El Paso, El Paso
    State and Zip Code    Texas, 79901
    Telephone Number    (915) 546-2098
    E-mail Address *(if known)*

Defendant No. 2
    Name    Jane Nelson
    Job or Title *(if known)*    Secretary of the State of Texas
    Street Address    P. O. Box 12060
    City and County    Austin, Austin
    State and Zip Code    Texas, 78711
    Telephone Number    (512) 463-5650
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 52 U.S.C (The Civil Rights Act, The Voting Rights Act of 1965, Voting Accessibility for the Elderly and Handicapped Act of 1984, The Help America Vote Act)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Voting and Election Fraud - Plaintiff was a candidate for TX-16 U.S. House of Representatives and both the State of Texas and El Paso County engaged in continuous violations to the Election Code from 2021-2024 without any oversight from our Governor of Texas, Greg Abbott. Unless he knew and allowed for it to happened.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached complaints which neither of the two defendant's staff processed according to federal, state, and local laws, or regulations after numerous phone calls and emails to their respective departments. The ultimate responsibility falls on these two defendants as head of their government departments.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

250,000 Actual Damages. Basis for these amounts equal to actual expenses from 2021-2024.
To enforce Voting and Election laws within our entire county.
To properly educate our county law enforcement officers on Voting and Election Federal Laws for future elections.
Force the county to enforce Title 16 chapter 273 of the Election Code in future elections.
Examination of ballots by a grand jury for the 2020 primary and general elections, and 2024 general elections BY HAND.
Prosecution of those who violated the Election Code as a civilian cannot press charges and local authorities

Punitive damages in addition to compensatory damages. Reason for the entitlement: emotional distress caused by reckless or intentional actions, ie. extreme negligence.

See last complaint filed itself for additional relief. The State of Texas Elections Department NEVER processed the complaint, responded to status on the complaint, nor submitted the complaint to the Texas Attorney General, Ken Paxton, for prosecution. Prior complaints will be added to the case once the case is docketed and assigned to a federal district judge NOT a magistrate judge.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2024

Signature of Plaintiff

Printed Name of Plaintiff: Deliris Montanez

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

# ELECTION COMPLAINT TO THE TEXAS SECRETARY OF STATE

| Docket Number | OFFICE USE ONLY | Date Hand-delivered or Date Postmarked / / |
|---|---|---|

Please read the Important Information at the end of this document. The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation. A complaint filed with this form will not alter the results of an election.

This complaint form MUST BE SIGNED before it is submitted to the Secretary of State; therefore, you must print it out and sign it before mailing or faxing a copy or emailing a scanned, signed copy.

## I. IDENTITY OF COMPLAINANT

**1 COMPLAINANT NAME**
- MS / MRS / MR:
- FIRST: Deliris
- MI:
- NICKNAME:
- LAST: Montanez
- SUFFIX:

**2 COMPLAINANT PHYSICAL ADDRESS**
- ADDRESS: -
- CITY: El Paso
- STATE: Texas
- ZIP CODE:

(Full home or business address, including street, city, state, and zip code)

**3 COMPLAINANT MAILING ADDRESS** [X] (check if same as above)

**4 COMPLAINANT TELEPHONE NUMBER**
- AREA CODE / PHONE NUMBER / EXT:

**5 COMPLAINANT E-MAIL ADDRESS:** deemontanez@hotmail.com

## II. IDENTITY OF RESPONDENT
(PERSON OR ENTITY COMMITTING ALLEGED VIOLATION(S))

**6 RESPONDENT NAME**
- MS / MRS / MR:
- FIRST: Lisa
- MI:
- NICKNAME:
- LAST: Wise
- SUFFIX:

**7 RESPONDENT POSITION OR TITLE:** County Elections Administrator

**8 RESPONDENT PHYSICAL ADDRESS**
- ADDRESS: 500 E. San Antonio Ave. #314
- CITY: El Paso
- STATE: TX
- ZIP CODE: 79901

**9 RESPONDENT MAILING ADDRESS** [X] (check if same as above)

**10 RESPONDENT TELEPHONE NUMBER**
- AREA CODE / PHONE NUMBER: 915-546-2154 / EXT:

**11 RESPONDENT E-MAIL ADDRESS (IF KNOWN):** lwise@epcounty.com

**GO TO PAGE 2**

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

### III. NATURE OF ALLEGED VIOLATION                                                     Page 2

If you believe that a criminal violation of the Code has occurred, please state the specific acts committed by the person or entity named in this complaint, along with a reference to the section of the Code alleged to have been violated, if known. If you need more space, please attach a separate sheet.

Sec. 146.023. DECLARATION OF WRITE-IN CANDIDACY REQUIRED.

(d) A declaration of write-in candidacy is public information **immediately** on its **filing {Received and stamped on August 9, 2024}**. (This was violated by SOS staff - Sara Braun & Heidi Martinez. They both refused to advise who signed the original filing form. The signature was not readable).

Sec. 146.025. FILING PERIOD.

(c) A declaration of write-in candidacy filed by mail is considered to be filed at the time of **its receipt** by the appropriate authority. **{August 9, 2024}** (This was violated by SOS staff - Sara Braun & Heidi Martinez. They both refused to advise who signed the original filing form. The signature was not readable).

Sec. 146.026. REVIEW OF DECLARATION. The authority with whom a declaration of write-in candidacy is filed shall review the declaration and take the appropriate action in the manner prescribed by Section 141.032 for the review of an application for a place on the ballot. **{August 9, 2024}** (This was violated by SOS staff -Sara Braun & Heidi Martinez. They both refused to advise who signed the original filing form. SOS did not process my application and was waiting for the deadline to pass to prevent me from running for Office).

Sec. 146.028. PRESERVATION OF DECLARATION. A declaration of write-in candidacy shall be preserved **in the same manner** as a candidate's application for a place on the ballot. **{August 9, 2024}** (This was violated by SOS staff -Sara Braun & Heidi Martinez. They both refused to advise who signed the original filing form and forced me to run with a name I did not approve of).

Sec. 146.029. CERTIFICATION OF CANDIDATE FOR PLACEMENT ON LIST OF WRITE-IN CANDIDATES. (a) Except as provided by Section 146.030, the authority with whom a declaration of write-in candidacy is required to be filed shall certify in writing for placement on the list of write-in candidates the name of each candidate who files with the authority a declaration that complies with Section 146.023; (b) Each name shall be certified in the form indicated on the **candidate's declaration of write-in candidacy**, subject to Subchapter B, Chapter 52. (SOS staff, without my authorization changed my name on the candidate's declaration of write-in candidacy and created a huge mess. El Paso County voting machines were not given the appropriate values "certified" by SOS, and I lost thousands of votes. Many voters reported they could not find my name and/or the "characters "certified by SOS" and chose another candidate. Sec. 52.031 (b) (2) was met and SOS refused to accept it. They wasted almost five hours of my mom's and my time. My mom witnessed them winkling at each other as if they had gotten away with the violation).

Electoral judges from both the Democratic and Republican parties were reported violating the below at least at the Dorris Van Doren Library, Marty Robbins Recreation Center, Gonzalez Place, and West YWCA. I myself witnessed the same:

Sec. 146.031. LIST OF WRITE-IN CANDIDATES. (a) The authority responsible for having the official ballot prepared shall prepare a list containing the name of each write-in candidate

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

certified to the authority. Each name must appear in the form in which it is certified.

(c) Copies of the list shall be distributed to the counting officers in the election for use in counting write-in votes.

(d) Copies of the list shall be distributed to each presiding election judge with the other election supplies. A copy of the list shall be posted in each polling place at each place where an instruction poster is required to be posted.

Sec. 61.008. UNLAWFULLY INFLUENCING VOTER. (a) A person commits an offense if the person indicates to a voter in a polling place by word, sign, or gesture how the person desires the voter to vote or not vote. (It took place at Dorris Van Doren Library)

(b) An offense under this section is a Class B misdemeanor.

Sec. 61.010. WEARING NAME TAG OR BADGE IN POLLING PLACE. (a) Except as provided by Subsection (b), a person may not wear a badge, insignia, emblem, or other similar communicative device relating to a candidate, measure, or political party appearing on the ballot, or to the conduct of the election, in the polling place or within 100 feet of any outside door through which a voter may enter the building in which the polling place is located. (Violated by several Democratic candidates and volunteers throughout the early voting and El Paso County did not enforce the Election Code. All they did was remind the public of the violations in El Paso County's Elections Facebook Page as if the 523k constituents would be looking at their social media page).

Sec. 61.014. USE OF CERTAIN DEVICES. (a) A person may not use a wireless communication device within 100 feet of a voting station.

(b) A person may not use any mechanical or electronic means of recording images or sound within 100 feet of a voting station.

(c) The presiding judge may require a person who violates this section to turn off the device or to leave the polling place.

(d) This section does not apply to:

(1) an election officer in conducting the officer's official duties; (many were not observed conducting official duties but engaging in personal matters).

(2) the use of election equipment necessary for the conduct of the election; or

(3) a person who is employed at the location in which a polling place is located while the person is acting in the course of the person's employment.

It **is not** my job as a candidate to ensure the Electoral Code is enforced, that is the El Paso County Administrator's job and the El Paso County Law Enforcement Officers.

I will be requesting a recount of all votes and a new election for the Congressional seat TX-16 as per the Texas Election Code.

I have sent numerous emails to TX SOS Elections Department and no response. Mrs. Wise keeps referring me back to them, but they are non-responsive.

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

Please, forward this complaint to the Texas Attorney General for Investigation of Election Fraud, and Election Code Violations within El Paso County.

There were two complaints filed in 2022 against the El Paso County Democratic Party and the El Paso County nor the State of Texas did **ANYTHING**.

Here we are again and due to their neglect of their duties and responsibilities we face numerous violations to the Election Code in another major county in the Lone Star State of Texas.

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State     P.O. Box 12060     Austin, Texas 78711-2060     1-800-252-VOTE (8683)     www.sos.state.tx.us

## IV. STATEMENT OF FACTS

Page 3

State the facts constituting the alleged violation(s), including the dates on which or the period of time in which the alleged violation(s) occurred. Identify allegations of fact not personally known to the complainant, but alleged on information and belief. Please use simple, concise, and direct statements.

**ELECTION IN WHICH VIOLATION(S) OCCURRED**

NAME OF ELECTION: Presidential General Election
DATE OF ELECTION MM/DD/YYYY: 5 Nov 2024
COUNTY OR POLITICAL SUBDIVISION: El Paso County
PRECINCT: Various

October 27, 2024 - Sunday - Dorris Van Dorren Library - 7 days into early voting
Oscar - Democratic Judge
Christen - Republican Alternate Judge
Mario - Overseeing that center and others in the area
Witnesses - Patricia Uptergrove - Republican
Blanca - Republican
Facts:
(1) One machine that was replaced was missing the write-in candidates list. I advised Oscar and he stated they needed to ask El Paso County for another paper because they did not have the papers or a copier.
(2) My dad's machine had D. "DMB" Montanez write-in candidate written in ink. It appears someone deleted the name typed on by the State of Texas Elections Department with corrector and added it later in ink.
(3) My mom could not find the " character in the keyboard to enter the name correctly and asked one of the poll workers for assistance. He basically directed my mom to choose another candidate if she could not enter her selected name.
(4) Electoral judges were observed and heard bashing candidates in the presence of voters. Mrs. Uptergrove had to intervene.
(5) Electoral workers were observed placing drinks without lids in the voting area.

On November 1, 2024, I visited The Shoppes at Solana Voting Center after I received a constituent's complaint, Marcelo Palermo. One of the judges advised that the day before, October 31, 2024, a constituent have complaint about the write-in list of candidates not being visible nor accessible to the voters. The judge advised that indeed someone from El Paso County have appeared the day after with the list of write-in candidates and taped them on the machines as per the Election Code. The judge thank me for going around making sure the electoral process was free and fair in our county because it has not been for years. There were 33 early voting centers and about 104 on election day. Impossible for me to check every single voting center. That is why the county pay election workers. More waste, fraud, and abuse of government funds.

On November 5, 2024, I received a report of constituents not receiving their requested mail in ballots. Witnesses: Paula Rodriguez, Roberto Quezada, and a few others who I sent text messages during the campaign.

During early voting the following constituents reported not seeing the write-in list of candidates taped anywhere: Orlando Rodriguez (October 26th), Michele Huguenin (October 25th), Benjamin and Sara Cera (November 2nd).

**ATTACH ADDITIONAL PAGES AS NEEDED**

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State        P.O. Box 12060        Austin, Texas 78711-2060        1-800-252-VOTE (8683)        www.sos.state.tx.us

| V. LISTING OF DOCUMENTS AND OTHER MATERIALS | Page 4 |
|---|---|

List all documents and other materials filed with this complaint. Additionally, list all other documents and other materials that are relevant to this complaint and that are within your knowledge, including their location, if known.

In my possession: Several Text messages, Several Facebook messages

Radio show verbal testimony on AM 1340 by a very respectable political correspondence.
Link: https://www.youtube.com/live/bZV_hvke6M?si=bA9ichwKD9wATfe2

ATTACH ADDITIONAL PAGES AS NEEDED

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

Texas Secretary of State    P.O. Box 12060    Austin, Texas 78711-2060    1-800-252-VOTE (8683)    www.sos.state.tx.us

## VI. SIGNED STATEMENT

Page 5

I, _Deliris Montanez_, the undersigned,
**PRINTED NAME OF COMPLAINANT**
under penalty of perjury do swear or affirm that the information contained in this complaint is true and correct to the best of my knowledge.

I have read and understand the accompanying instructions, and I am aware that completion of this form cannot and will not alter the outcome of the election.

_[signature]_
SIGNATURE OF COMPLAINANT

**NOTICE: THIS COMPLAINT IS NOT CONFIDENTIAL; ONCE REVIEWED BY THE SECRETARY OF STATE, IT WILL BE TREATED AS A PUBLIC RECORD.**

### REMINDER: YOU MUST SIGN THIS FORM PRIOR TO SUBMITTING

**IF MAILING, PLEASE SEND TO:**
Texas Secretary of State
Elections Division
c/o Legal Dept.
P.O. Box 12060
Austin, TX 78711

**IF FAXING, PLEASE SEND TO:**
512.475.2811

**IF EMAILING, PLEASE SEND TO:**
elections@sos.texas.gov

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.

Texas Secretary of State   P.O. Box 12060   Austin, Texas 78711-2060   1-800-252-VOTE (8683)   www.sos.state.tx.us

## VII. IMPORTANT INFORMATION

Pursuant to Section 31.006 of the Texas Election Code (the "Code"), the Office of the Secretary of State (the "Secretary of State") has the ability to refer elections complaints to the Office of the Attorney General (the "Attorney General"). If, after receiving a complaint alleging criminal conduct in connection with an election, the Secretary of State determines that there is reasonable cause to suspect that the alleged criminal conduct occurred, the Secretary of State shall promptly refer the complaint to the Attorney General. The Secretary of State shall deliver to the Attorney General all pertinent documents in the Secretary of State's possession.

Any person who believes that a criminal violation of the Code has occurred may file a complaint. In order to initiate the complaint process, a written and signed complaint must be filed with the Secretary of State. The complaint must allege the violation with particularity, identify the person(s) or entity responsible for the alleged violation, and contain a reference to the section of the Code alleged to have been criminally violated, if known.

The Secretary of State has no authority to order a new election, change an election result, or conduct a criminal investigation. This form is to be used solely to document alleged election irregularities and submit allegations of criminal violations of the Code to be referred to the Attorney General. Often complaints will be Code violations that do not amount to criminal violations or acts. These violations are election irregularities which may form the basis of an election contest, but do not carry a criminal penalty. These election irregularities will not be referred to the Attorney General for possible criminal prosecution.

Challenging an election result can be done either through (1) a recount or (2) an election contest. If you are seeking to alter the outcome of the election, you will need to use one of these methods of challenging the results, described below. **A complaint filed with this form will not alter the results of an election.**

## Legal Remedies That May Alter the Election Outcome

**1. Recount**
Recounts are used only to recount the votes in a particular race (office) or measure. A recount does not have the scope or authority of an election contest in court, i.e., the recount committee will not look at the manner in which voters were qualified to vote in person or by mail or whether voters were eligible to vote in the election. The governing body of an entity cannot conduct a recount on its own motion, e.g., at the canvass.

Please note that recount request deadlines occur soon after the canvass - a recount must be requested not later than two days following the canvass. More information on filing recounts (including form, deposit information, and who and how to file) is available on the Secretary of State's website.

**2. Election Contest**
If a candidate disputes the outcome of the election, regardless of whether or not a recount has been conducted, and has discovered irregularities, fraud, or mistakes in the conduct of the election that affected or could have affected the outcome, he/she can file an election contest to challenge the election results. The legal question raised by an election contest is whether the outcome of the contested election, as shown by the final canvass, is not (or cannot be conclusively determined to be) the true outcome because (1) illegal votes were counted, or because (2) an election officer or other official administering the election either (i) prevented eligible voters from voting, (ii) failed to count legal votes, (iii) engaged in fraud or illegal conduct, or (iv) erred in some material way.

Contests involving county elections are filed in the district court in the relevant county. In most circumstances, the filing deadline for an election contest is 30 days after the canvass, except in the case of a primary or an election where a runoff is necessary, in which case the deadline for filing is 10 days after the final canvass. If a recount is held and the votes are changed, the date of the canvass of the recount (i.e., final canvass) becomes the new date by which the contest deadline is calculated.

Any losing candidate may contest an election. In a contest of an officer election, the contestant files suit against the election's winner (or in the event that the election outcome is determined by majority vote rather than plurality vote, the person or persons entitled to a place on the runoff ballot). Voters at large within a political subdivision do not possess standing to intervene as parties to an election contest for public office.

In an election contest, the court has the authority to: (1) examine ballots and equipment; (2) compel voters to reveal how they voted; (3) declare an election void if illegal votes are greater than or equal to the number of votes necessary to change the outcome or cannot ascertain the true outcome of the election; (4) order a new election (or new runoff election), if unable to ascertain true outcome; (5) subtract illegal votes, if able to determine the side for which an illegal vote was cast; or (6) declare outcome of election, if able to ascertain true outcome.

If you think either a recount or an election contest is the proper procedure for the remedy you seek, you may wish to consult private legal counsel regarding your legal options. The Secretary of State staff can provide general guidance on these procedures as well.

NOTICE: THIS COMPLAINT IS PUBLIC RECORD ONCE REVIEW IS COMPLETED BY THE SECRETARY OF STATE AND/OR ATTORNEY GENERAL.
Revised 2/28/2014

JUDGE KATHLEEN CARDONE

FILED
2024 DEC 20 PM 2:14
CLERK, U.S. ...
WESTERN DISTRICT OF TEXAS

**Attachment 7 - Civil Cover Sheet & Instructions**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Deliris Montanez

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

### DEFENDANTS
Ricardo Samaniego, El Paso County Judge
Jane Nelson, Secretary of the State of Texas

County of Residence of First Listed Defendant: El Paso
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**EP24CV0455**

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☒ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS - Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 52 U.S.C (The Civil Rights Act, The Voting Rights Act of 1965, Voting Accessibility for the Elderly and Handicapped Act of 1984, The Help America Vote Act)

Brief description of cause:
Voting and Election Fraud

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 12-20-24
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

45

Rev. Ed. October 26, 2017